# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD SMITH,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>VICTOR K. HILL, HAROLD R. BANKE JUSTICE CENTER and CLAYTON COUNTY SHERIFF'S OFFICE,<br><br>　　　　　　　Respondents. | Civil No.　13cv2475-MMA (WMc)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS WITHOUT PREJUDICE** |

　　　　Petitioner, a Georgia state prisoner proceeding pro se, has submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging a Georgia conviction. Because Petition was convicted in Georgia and is incarcerated there pursuant to that conviction, and has no connection whatsoever to the Southern District of California, this Court lacks jurisdiction over the Petition. *See* 28 U.S.C.A. § 2241(a) (West 2006) ("Writs of habeas corpus may be granted by . . . the district courts . . . within their respective jurisdictions."); *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 495-500 (1973).

　　　　The Petition is **DISMISSED** without prejudice for lack of jurisdiction.

　　　　**IT IS SO ORDERED.**

DATED: October 16, 2013

　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:　　ALL PARTIES